UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARK EUGENE HATCHER,

        Plaintiff,

v.                                  Case No. 3:26-cv-1128-MMH-MCR

MARK R. AMBROSE, JR.,

        Defendant.

_____

### **ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Mark Eugene Hatcher, an inmate of the Florida penal system who is proceeding pro se, initiated this action by filing a Complaint for Violation of Civil Rights under 42 U.S.C. § 1983 against one officer with the Jacksonville Sheriff's Office (Complaint; Doc. 1). He moves to proceed in forma pauperis (Doc. 2). Hatcher's handwriting is nearly impossible to read on some pages of his Complaint, but in the parts that are decipherable, he complains that Defendant Ambrose "put his hands on [him] in [an] unwanted manner" when arresting him on June 29, 2022. See Complaint at 14–15.

The Prison Litigation Reform Act (PLRA) amended 28 U.S.C. § 1915 by adding the following subsection:

       (g)  In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3

> or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Section 1915(g), commonly referred to as the "three strikes" provision, requires this Court to consider prisoner actions dismissed before, as well as after, the enactment of the PLRA.

This Court takes judicial notice of other actions previously brought by Hatcher that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted: (1) 3:23-cv-1302-HES-LLL (M.D. Fla.) (failure to state a claim); (2) 3:24-cv-1017-MMH-SJH (M.D. Fla.) (failure to state a claim); and (3) 3:25-cv-1098-WWB-MCR (M.D. Fla.) (failure to state a claim).[1] Because Hatcher has had three or more prior qualifying dismissals and his allegations do not warrant the imminent danger exception to dismissal, this action will be dismissed without prejudice. Hatcher may initiate a new civil rights action by filing a new civil rights complaint form and paying the full $405.00 filing fee.

---

[1] This Court has designated Hatcher a three-strikes litigant pursuant to 28 U.S.C. § 1915(g). See 3:26-cv-220-WWB-LLL (M.D. Fla. Feb. 5, 2026).

2

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1.  This case is hereby **DISMISSED without prejudice**.

2.  The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of May, 2026.

MARCIA MORALES HOWARD
United States District Judge

Jax-6
c:
Mark Eugene Hatcher

3